United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD DWANYE LACY, et al.,
Plaintiffs,

v.

U. S. ATTORNEY'S OFFICE, et al.,
Defendants.

Case No. 25-cv-10453-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Denying Motion to Proceed In Forma Pauperis and Dismissing Case,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 28th day of August, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.